GEO. S. MEHAYLO, Admr.,

*vs.*

THE GREAT NORTHERN PAPER COMPANY.

Androscoggin County.   Decided December 17, 1910.   Action by the plaintiff as administrator of the estate of John Hreha, deceased intestate, to recover damage for an injury received by the deceased November 26, 1907, while employed by the defendant company in its pulp mill at Madison, Maine, resulting in his death three days later.   Verdict for plaintiff for $4750.   Defendant excepted to several rulings and also filed a general motion for a new trial.   Exceptions overruled.   Motion sustained.   *McGillicuddy & Morey*, for plaintiff.   *Oakes, Pulsifer & Ludden*, for defendant.

---

SAMUEL FRENCH *vs.* MAINE CENTRAL RAILROAD COMPANY.

Androscoggin County.   Decided December 28, 1910.   Action on the case to recover damages for personal injuries sustained by the plaintiff while unloading coal from the defendant's car.   Verdict for $2912.   Defendant filed a general motion for a new trial.   It was the opinion of the court that the jury were authorized in finding that the defendant was negligent, but the damages awarded were excessive.   New trial ordered unless plaintiff remit all of the verdict above $1800 within thirty days after the receipt of the rescript by the clerk of courts.   *McGillicuddy & Morey*, for plaintiff.   *White & Carter*, for defendant.